

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00349-CV

**ROBERT WILLIAMS,**

**Appellant**

**v.**

**RUSSELL PARKER, INDIVIDUALLY
AND HEIR OF LAWANNA KEETH,**

**Appellee**

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. C201100640

## O R D E R

Robert Williams's Motion for Rehearing filed on July 9, 2015 was superseded by an amended motion for rehearing filed on July 10, 2015. Accordingly the Motion for Rehearing filed on July 9, 2015 is dismissed as moot.

The opinion and judgment issued by the Court in this appeal on June 25, 2015 was withdrawn on July 23, 2015. Accordingly, Williams's First Amended Motion for Rehearing filed on July 10, 2015 is also dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motions dismissed as moot
Order issued and filed July 30, 2015

